| | | |
|---|---|---|
| AUSA: | Grant Newman | Telephone: (989) 895-5712 |
| Task Force Officer: | Cameron Rubio | Telephone: (810) 341-5710 |

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| In the Matter of the Search of | ) | Case: 1:25−mc−51447-1 |
| *(Briefly describe the property to be searched* | ) | Assigned To : Ludington, Thomas L. |
| *or identify the person by name and address)* | )   Case No. | Assign. Date : 12/4/2025 |
| One Light Blue in color Apple IPhone more fully | ) | Description: SEARCH/SEIZURE |
| described in the attachments. | ) | WARRANT (DJ) |
| | ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Michigan _____ . *(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

I hereby certify that the foregoing is a certified copy of the original on file in this office.

**Clerk, U.S. District Court**
**Eastern District of Michigan**

By: *D. Jennings*
Deputy

**YOU ARE COMMANDED** to execute this warrant on or before      December 18, 2025      *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.      ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  the presiding United States Magistrate Judge on duty  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      December 4, 2025    5:35 pm

*Judge's signature*

City and state:      Detroit, Michigan                    Hon. Kimberly Altman,  U. S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>1:25-MC-51447 | Date and time warrant executed:<br>12/15/25   2:30pm | Copy of warrant and inventory left with: |

Inventory made in the presence of :

MSP CCU -Computer Crimes Unit

Inventory of the property taken and name of any person(s) seized:

Electronic records -obtained 2/6/26 from MSP CCU

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/6/26

_____
Executing officer's signature

D/Tpr. /TFO Cameron Rubio
_____
Printed name and title

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

The property to be searched is any and all of the downloaded contents obtained from one Apple iPhone cellular phone light blue in color, with a cracked exterior, with the number of 517-612-9357.  The device is currently located in my possession at the BAYANET office, within the Eastern District of Michigan, and has been since November 6, 2025. This warrant authorizes the contents of the download for the purpose of identifying the electronically stored information described in Attachment B. Pictures of the Target Device are as follows:



1

# ATTACHMENT B

## ITEMS TO BE SEARCHED FOR AND SEIZED

1.　　All records on the device described in Attachment A that relate to violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) and 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Methamphetamine) by Levern BRACEY, including:

  a. records relating to the manufacturing or distribution of narcotics by BRACEY for the distribution to other individuals.

  b. any information related to sources of obtaining narcotics (including names, addresses, phone numbers, websites or any other identifying information);

  c. lists of contacts and related identifying information;

  d. stored photos and video files relevant to narcotic or firearm offenses and locations where narcotics or firearms are kept;

  e. all incoming and outgoing calls, including all call logs and related identifying information including the telephone number, date, and time of calls made to and from the Target Device relevant to narcotic or firearms offenses;

  f. stored memos pertaining to any of the specified criminal activities; internet browsing, including favorites and history, pertaining to narcotic or firearms offenses;

  g. social media application data, including Facebook, Instagram, and Twitter, that relates to any of the specified criminal violations;

  h. all electronically stored communications or messages, text messages, photographs (including videos and still images), or social media communications regarding possible accomplices.

  i. evidence of user attribution showing who used or owned the account at

2

the time the things described in this warrant were created, edited, or deleted, such as logs, friends list phonebooks, saved usernames and passwords, documents.